CLASS ACTION

JOHN HENRY YABLONSKY
FULL NAME
# 2309342444
COMMITTED NAME (if different)
9500 ETIWANDA
FULL ADDRESS INCLUDING NAME OF INSTITUTION
R. C. CA. 91739
CLASS REPRASENTATIVE
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

OCT - 8 2024

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOHN HENRY YABLONSKY
DOES 1-5000
et al
                                    PLAINTIFF,

v.

SAN BERNARDINO SHERIFF DEPARTMENT
DOES 1-200 et al
                                    DEFENDANT(S).

ED  CV 24 - 02167 - FLA(ADS)

CASE NUMBER

To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many?  ___Two___

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   YABLONSKY v. CALIFORNIA DEPARTMENT OF CORRECTION
   ONE CASE IN DISTRICT COURT CURRENTLY UNDER §636 OBJECTION
   FOR JUDGMENT AS ABUSE DISCRETION   3:23-CV-02235 RSH
   THERE IS AN APPELLATE IS PENDING THIS ACTION NO 24.4915 (9CCA)
   IDENTIFIED A   YABLONSKY VS ALCOR et al
   CIVIL RIGHTS RETALIATION BY GOVERNMENT ACTORS CDCR

   YABLONSKY V CDCR  et al
   ON CASE PENDING IN 9TH CCA  # 22-56166
   TRIAL  3:18-CV-1122 AGS  THIS CIVIL RIGHTS FOR RETALIATION
   IS BEING DECIDED FOR JUDGMENT BASED ON USC CC
   FALSE AFFIDAVITS BY DEFENDANTS IN MOTION FOR SUMMARY
   JUDGMENT, THE COURT ABUSE DISCRETION BECAUSE I REQUIED
   THE SETTLEMENT AFFECT BY GOVERNMENT ACTORS CDCR

CLASS ACTION

a. Parties to this previous lawsuit:
Plaintiff _____ JOHN HENRY YABLENSKY _____

Defendants _____ DISCUSSED EARLIER _____

b. Court _____ DISCUSSED EARLIER _____

c. Docket or case number _____ SAME _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

g. Approximate date of filing lawsuit: ___ 2018 AND 2023 ___

h. Approximate date of disposition ___ ACTIVE ___

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   If your answer is no, explain why not ___ THERE ARE NUMEROUS BY MULTIPLE PLAINTIFFS ___

3. Is the grievance procedure completed? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure. COPIES WILL BE PRODUCED ONCE ACCESS TO COPYING IS AVAILABLE THIS FACILITY OBFUSCATES COPYING OR ANTAGONIZE COPIES DUE TO FAULTY SYSTEM (Camp)

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff ___ JOHN HENRY YABLENSKY 230934244 ___
(print plaintiff's name)

who presently resides at ___ 9SCC ETIWANDA R.C. CA. 91739 ___
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

SAN BERNARDINO SHERIFF DEPARTMENT EMPLOYEES AT WEST VALLEY
DETENTION FACILITY 9SCC ETIWANDA R.C. CA. 91739
(institution/city where violation occurred)

SEE DEFINITIONS # A-T

CLASS ACTION

on (date or dates) ___CUMULATIVE BETWEEN 9-28-23 AND 9-25-24___
(Claim I)            (Claim II)            (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant   __SAN BERNARDINO SHERIFF DEPARTMENT__   resides or works at
   (full name of first defendant)
   __9SCC ETIWANDA R.C. CA. 91739__
   (full address of first defendant)
   __GOVERNMENT ENTITY__
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
__OPERATING UNDER COLOR OF LAW__

2. Defendant   __SHANNON DICUS__   resides or works at
   (full name of first defendant)
   __9SCC ETIWANDA R.C. CA. 91739__
   (full address of first defendant)
   __SHERIFF OF COUNTY SB__
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
__EMPLOYED AS GOVERNMENT AGENT UNDER COLOR__
__AS SENIOR OFFICER__

3. Defendant   __GERALD DAVENPORG__   resides or works at
   (full name of first defendant)
   __9SCC ETIWANDA R.C. CA. 91739__
   (full address of first defendant)
   __CAPTAIN FACILITY COMMANDER__
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
__EMPLOYED AS GOVERNMENT AGENT UNDER COLOR__
__AS SENIOR OFFICER__

CLASS ACTION

4. Defendant DONALD PATTON _____ resides or works at
(full name of first defendant)
9SCC ETIWANDA R.C CA. 91739
(full address of first defendant)
SENIOR SERGEANT OF FACILITY
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
EMPLOYED AS GOVERNMENT AGENT UNDER COLOR
AS FACILITY SERGEANT

5. Defendant SGT JANSKI _____ resides or works at
(full name of first defendant)
9SCC ETIWANDA R.C. CA.91739
(full address of first defendant)
SENIOR OFFICER IN CONTROL OF LAW LIBRARY
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:
EMPLOYED AS GOVERNMENT AGENT UNDER COLOR OF LAW
AS SENIOR OFFICER OVER LAW LIBRARY (GATE KEEPER)

6 DEFENDANT CS RAMIREZ LIBRARIAN
9SCC ETIWANDA R.C. CA.91739
CUSTODY SPECIALIST AS SENIOR LIBRARIAN
SUED INDIVIDUALLY AND OFFICIAL CAPACITY
EMPLOYED AS GOVERNMENT AGENT UNDER COLOR IN CONTROL
OF LAW LIBRARY SERVICES

7) DEFENDANT DOES 1-200
9SCC ETIWANDA R.C. CA.91739
DEPUTIES IN VARIOUS CAPACITIES, NAMES UNKNOWN
ACTING UNDER COLOR SUED INDIVIDUAL AND OFFICIAL CAPACITIES

8) SEE ATTACHED PAGE FOR ADDITIONAL PLAINTIFFS
MARSHALL WILLIAMSON, PHILLIP WILLIAMSON, ODIE BEAVERS,
EMILIO HERNANDEZ, DOES 1-5000 (PARAGRAPH 40A)
9SCC ETIWANDA R.C. CA. 91739 (OTHER FACILITIES)
SIGNATURES TO ACT AS SENIOR CLASS MEMBER
FOR NAMED PLAINTIFFS

CLASS ACTION

## D. CLAIMS*

**CLAIM I**    FIRST AMENDMENT

The following civil right has been violated:

SEE ATTACHED PARAGRAPHS A-T, 1-51J

BREACH of FIRST AMENDMENT EXERCISE
RIGHT OF PLAINTIFFS TO PETITION GOVERNMENS
UNDER FIRST AMENDMENT LIMITED STATES CONSTITUTION
TO SEEK REDRESS, THAT THE ACTIONS OF DEFENDANTS
INDIVIDUALLY AND IN CONCERT HINDER, INTERFERE,
OBSTRUCT THE FREE EXERCISE OF PLAINTIFFS TO
A POINT THE RIGHT IS FROZEN, THEREBY PREVENTING
ALL PLAINTIFFS FROM ABILITY TO ADDRESS BACKWARD,
CURRENT AND FORWARD CRIMINAL, CIVIL AND
CONFINEMENT INTEREST, REFUSAL OF ACCESS TO
RESEARCH AND PERFORM IN STATE OR FEDERAL COURTS
REFUSAL OF FREE ACCESS TO A PROTECTED RIGHT

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

SEE ATTACHED
A-T AND 1-51J

CLAIM II    8TH AMENDMENT
DEFENDANTS VIOLATED 8TH AMENDMENT U.S CONSTITUTION
FORCING THE PRE-PER INMATES TO CHOOSE LAW LIBRARY
ACCESS OVER HOT FOOD, SLEEP, CLEAN CLOTHES, VISITS, LEGAL VISIT
COURT ATTENDANCE, MEDICAL, RECREATION, FULL DAYROOM ACTIVITIES,
FORCED TO SIGN ILLEGAL CONTRACT ALLEGEDLY WAIVING
RIGHTS BEFORE ACCESS IS GRANTED AT ALL REGARDLESS
OF COURT ORDERS.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

CLASS ACTION
SEE DEFINITIONS ATTACHED

**E. REQUEST FOR RELIEF**

WE ARE
I believe that ~~I am~~ entitled to the following specific relief:

1) PERMANENT INJUNCTIVE PROTECTIVE ORDERS OF ENTIRE CLASS

2) REAL TIME ACCESS INTO LAW LIBRARY AND REAL TIME LEXIS RESEARCH

3) ORDERS TO TRANSPORT SENIOR CLASS MEMBER TO ALL NECESSARY HEARINGS

4) DEFENDANTS ORDERED TO COMPLY TO DISCOVERY TO IDENTIFY ALL NAMES OF DEFENDANTS

5) APPOINT AND COMPENSATE COUNSEL FOR ENTIRE CLASS

6) DEFENDANTS TO PAY $65,000.00 EACH TO NAMED PLAINTIFF

7) COURT ASSESS PUNITIVE DAMAGE TO ENTIRE CLASS IN AMOUNT OF $240,000,000.00 (TWO HUNDRED FORTY MILLION DOLLARS) TO BE USED TO PERFORM

• TWO COMPLETE STATE AND FEDERAL, CIVIL AND CRIMINAL LAW BOOKS SETS FOR EACH OF FOUR INSTITUTIONS

• INSTALL LLEDS REAL TIME LEXIS PROGRAMS IN EACH LAW LIBRARY FOR NEXT 50 YEARS

• NEW COMPUTERS AND PRINTERS AT EACH LAW LIBRARY IN EACH FACILITY LAW LIBRARY

• THAT EACH INMATE UPON BOOKING BE GIVEN DEFENDANTS RIGHTS HANDBOOK SIMILAR TO CDCR TITLE 15 REGARDING CIVIL RIGHTS, RIGHTS OF THE ACCUSED

8) THE BALANCE OF APPROXIMATELY $40,000,000 TO BE DISBURSED AMONGST ALL INMATES BOOKED OR DETAINED BETWEEN 9-28-23 AND 9-25-24

(EXHAUSTED APPEAL/GRIEVANCE REQUIRE COURTS ORDER OF SMSD TO PRODUCE, OTHERWISE PLAINTIFF YABLONSKY WILL PROVIDE ONCE COPYING SERVICE IS MADE AVAILABLE.)

SEPTEMBER 25, 2024
_(Date)_

_(Signature of Plaintiff)_
CLASS REPRESENTATIVE

DEFINITI'S

A) PLAINTIFF/S - I, WE, US, OURS, ME, MINE
B) DEFENDANT/S - [DEFENDANT], [DEFENDANTS], THEM, SHERIFF, CUSTODY SPECIALIST
C) PRISONERS RIGHTS - CIVIL RIGHTS, PRIVILEGES, FREE EXERCISE, ACCESS TO COURT
        ACCESS TO RESEARCH, RIGHT TO PETITION
D) RIGHTS - FIRST, FOURTH, FIFTH, SIXTH, EIGHTH, FOURTEENTH AMEND-
        MENTS UNITED STATES CONSTITUTION

                PARTIES

E) PLAINTIFF JOHN HENRY YABLONSKY IS AN INJURED PARTY AT ALL TIME
        RELEVANS IS CLASS REPRESENTATIVE, CLASS MEMBER
F) PLAINTIFF MARSHALL WILLIAMSON IS AN INJURED PARTY AT ALL TIME
        RELEVANT IS A CLASS MEMBER
G) PLAINTIFF ODIE BEAVERS IS AN INJURED PARTY AT ALL TIME RELEVANT
        IS A CLASS MEMBER
H) PLAINTIFF PHILLIP WILLIAMSON IS AN INJURED PARTY AT ALL TIMES RELEVANT
        IS A CLASS MEMBER
I) PLAINTIFFS [DOES 1-5CCC] ARE INJURED PARTIES AT ALL TIME
        RELEVANT ARE CLASS MEMBERS
J) PLAINTIFF EMILIANO HERNANDEZ IS AN INJURED PARTY AT ALL TIMES RELEVANT
        IS AN CLASS MEMBER
K) SANBERNARDINE SHERIFF DEPARTMENT AN ETITIY AS DEFENDANT
        IN THE OFFICIAL CAPACITY WITHIN THIS JURISDICTION
L) DEFENDANT SHANNON DICUS RESIDES IN SANBERNARDINO COUNTY IS
        EMPLOYED AS A SHEFF ACTING UNDER COLOR OF LAW REAL SUED
        IN OFFICIAL AND INDIVIDUAL CAPACITY AS SHERIFF OF COUNTY
M) DEFENDANT CPT. DAVEN PORT GERALD RESIDES IN SANBERNARDINO, EMPLOYED
        AS FACILITY COMMANDER ACTING UNDER COLOR OF LAW SUED IN
        OFFICIAL AND INDIVIDUAL CAPACITIES

N) DEFENDANT SGT JANSKI RESIDES IS SAN BERNARDINO COUNTY EMPLOYED BY SHERIFF DEPARTMENT AS SENIOR OFFICER ACTING UNDER COLOR OF LAW SUED IN OFFICIAL AND INDIVIDUAL CAPACITY

O) DEFENDANT SGT PATTON (DONALD) RESIDES IN SAN BERNARDINO COUNTY EMPLOYED BY SHERIFF AS SENIOR OFFICER ACTING UNDER COLOR OF LAW SUE OFFICALLY AND INDIVIDUAL CAPACITY

P) DEFENDANT RAMIREZ RESIDES IN SAN BERNARDINO COUNTY EMPLOYED BY SHERIFF AS CUSTODY SPECIALIST LIBRARIAN ACTING UNDER COLOR OF LAW BEING SUED IN OFFICIAL AND INDIVIDUAL CAPACITY

Q) DEFENDANTS (DOES 1-3) RESIDE IN SAN BERNARDINO COUNTY EMPLOYED BY SHERIFF AS FACILITY COMMANDERS ACTING UNDER COLOR OF LAW BEING SUED OFFICIAL AND INDIVIDUAL CAPACITY

R) DEFENDANTS [DOES 4-12] RESIDE IN SAN BERNARDINO COUNTY EMPLOYED BY SHERIFF AS FACILITY SERGEANTS ACTING UNDER COLOR OF LAW BEING SUED IN OFFICIAL AND INDIVIDUAL CAPACITY

S) DEFENDANTS [13-20] RESIDE IN SAN BERNARDINO COUNTY EMPLOYED BY SHERIFF AS CUSTODY SPECIALIST IN CONTROL OF LAW LIBRARIES ACTING UNDER COLOR OF LAW BEING SUED IN OFFICIAL AND INDIVIDUAL CAPACITIES

T) DEFENDANTS [DOES 21-ZCC] RESIDE IN SAN BERNARDINO COUNTY EMPLOYED BY SHERIFF AS DEPUTIES, SERGEANTS ACTING UNDER COLOR OF LAW BEING SUED IN OFFICIAL AND INDIVIDUAL CAPACITIES

FIRST AMENDMENT RIGHTS
TO PETITION GOVERNMENT
FOR A REDRESS OF GRIEVANCE
42 USC 1983, 1985

1). AT ALL TIMES RELEVANT NAMED AND IDENTIFIED AS DOE'S [DEFENDANT'S] ACTED UNDER THE COLOR OF LAW AS GOVERNMENT ACTORS, SHERIFF OF COUNTY, DEPUTY SHERIFF, SERGEANT OFFICERS, CAPTAIN OFFICERS, AND CUSTODY SPECIALISTS WHO SWORN OR SHOULD HAVE SWORN TO DEFEND THE UNITED STATES CONSTITUTION.

2). AT ALL TIMES RELEVANT [DEFENDANT'S] KNEW OR SHOULD HAVE KNOWN THE PLAINTIFF'S WERE/ARE ENTITLED TO RIGHTS ESTABLISHED UNDER THE FIRST, FOURTH, FIFTH, SIXTH, EIGHTH, AND FOURTEENTH AMENDMENTS OF THE UNITED STATES CONSTITUTION AS PRETRIAL DETAINEES, CONVICTED DETAINEES WHO ARE HOUSED, STORED, UNDER THE DIRECT CARE OF ALL DEFENDANT'S WITHIN WEST VALLEY DETENTION CENTER, GLEN HELEN DETENTION, HIGH DESERT DETENTION, AND (CDC) CENTRAL DETENTION CENTER. 5 NAMED PLAINTIFF'S AND 5000 DOE PLAINTIFF'S (CLASS)

3). AT ALL TIMES RELEVANT [DEFENDANT'S] WERE TAUGHT, INSTRUCTED, ORDERED TO KNOW THAT ALL PLAINTIFF'S NAMED AND IDENTIFIED AS DOE'S ARE ENTITLED TO ACCESS TO THE COURT'S, INVESTIGATOR'S, COURT OFFICER'S, LEGAL ASSISTANCE'S IN THE DEFENSE OF, EXERCISE OF ACCESS TO THE COURT'S TO PROTECT THEIR BACKWARD AND FORWARD LEGAL INTERESTS.

4.) AT ALL TIME RELEVANT [DEFENDANT'S] WORKED FOR, AND OR WERE EMPLOYED IN AN OFFICIAL CAPACITY AS

REPRESENTATIVES OF SAN BERNARDINO SHERIFF DEPARTMENT.

5.) AT ALL TIMES RELEVANT [DEFENDANT/S] KNEW, SHOULD HAVE KNOWN PLAINTIFF/S REQUIRED ACCESS TO LEGAL INFORMATION, LEGAL RESEARCH IN A MEANINGFUL CAPACITY TO ADDRESS THE COURT/S IN A MEANINGFUL MANNER BECAUSE INSTITUTIONS HOUSING PLAINTIFF/S HAVE A LAW LIBRARY OR EQUIVALENT OF LAW LIBRARY RESOURCES IN THEIR FACILITY.

6). AT ALL TIMES RELEVANT [DEFENDANTS] KNEW, SHOULD HAVE KNOWN THE RESOURCE/S, RESEARCH MATERIALS WITHIN THEIR RESPECTIVE LAW LIBRARIES ARE HELD IN A STRATEGIC, GROSSLY NEGLIGENT DEFICIENT CAPACITY FAR BELOW STANDING OF WELL ESTABLISHED FEDRAL LAW TO HINDER ALL USERS.

7). AT ALL TIMES RELEVANT [DEFENDANT/S] ARE, WERE INSTRUCTED BY [THEIR] LEGAL COUNSEL, REPRESENTITIVE THAT THEIR LAW LIBRARY RESOURCES WERE LEGALLY DEFICIENT, YET THE [DEFENDANT/S] IGNORED THOSE LEGAL GUIDENCES AND REFUSED TO UPDATE, FULL SUPPLY MEANINGFUL ACCESS TO CURRENT LAW, CURRENT RESEARCH MATERIALS, RELEVANT LEGAL FORMS, CURRENT POINTS OF AUTHORITY, KNOWINGLY AND IN A MANNER CONSIDERED AS [DELIBERATELY] OBSTRUCTED THE DUE ADMINISTRATION OF JUSTICE, DEPRIVING THE PLAINTIFF/S ABILITY TO FREELY EXERCISE THEIR PROTECTED CONSTITUTIONAL RIGHTS FORCING THE LOSS OF LIBERTY AND PROPERTY INTERESTS.

8). AT ALL TIME RELEVANT [DEFENDANTS] KNEW OR OR SHOULD HAVE KNOWN THE DETAINED PLAINTIFF/S ACCESS TO UPDATED LAW LIBRARY RESOURCES BECAUSE THE PLAINTIFF/S ASKED, FILED GRIEVANCES TO GET THIS ACCESS.

9.) AT ALL TIMES RELEVANT [DEFENDANTS] FORCED
THE PLAINTIFFS TO GET COURT ORDERS AGAINST SAN BERNARDINO
SHERIFF FOR ACCESS INTO THE LAW LIBRARY BEFORE ACCESS WOULD
BE GRANTED. THIS ACT PLACES THE CART BEFORE THE HORSE, CREATING
CIRCUMSTANCES WHERE [ACCESS] WAS REJECTED WHEN ASKED FOR,
FORCING UNWANTED, UNWARRANTED FORFEITURE OF THE PROTECTED
RIGHTS.

10.) AT ALL RELEVANT TIMES [DEFENDANTS] KNEW OR
SHOULD HAVE KNOWN PLAINTIFFS REQUIRED ACCESS TO THE COURTS
BECAUSE [DEFENDANTS] ACTED IN THE CAPACITY OF OFFICERS OF THE
COURT WHO TRANSPORTED, DETAINED TO TRANSPORT HELD FOR
PUNISHMENT BECAUSE OF COURTS JUDGEMENT AGAINST AND FOR
PLAINTIFFS.

11.) AT ALL TIMES RELEVANT [DEFENDANTS] FORCED THE
USE OF DEPRIVED, GROSSLY DEFICIENT LAW LIBRARY ONCE ORDERS
WERE OBTAINED, WHERE THE BOOKS WERE OUTDATED BY DECADES,
FORCING A PAGING SERVICE CONDUCTED BY NON LICENSED
LAWYER Associates WHO POSE, REPRESENT THEMSELVES AS
LEGAL RESOURCE ASSOCIATES. THERE IS NO CURRENT LAW IN
ANY OF THE INSTITUTIONS. REGULARLY THE REQUESTS NOT PROVIDED
12.) AT ALL TIMES RELEVANT [DEFENDANTS]
ANTAGONIZED, HARASSED AND PLACED EXTRAORDINARY HARDSHIPS
UPON THE PLAINTIFFS WITH COURTS ORDERS FOR ACCESS BY;
A.) REJECTING COURT'S INDIGENT ORDERS SIMPLY
BECAUSE THE PLAINTIFFS PRO SE HAD MORE THAN $1 ON HIS ACCOUNT.
B.) FORCE PRO SE LITIGANS TO SACRAFICE RECREATION,
HOT MEALS, CLOTHING EXCHANGE, DAYROOM, EXCERCISE, SLEEP, IN ORDER TO
USE THE "UNSCHEDULED" LIBRARY ACCESS. RANDOM SPONTANEOUS ACCES ONLY.

C.) PRO SE LITIGANTS ARE THREATENED TO LOSE THEIR STATUS AS PRO SE IF THE PLAINTIFF'S REFUSED TO SIGN AN "ILLEGAL" RULE PAMPHLET, BEFORE ACCESS WAS GRANTED. ALLEGEDLY ACCORDING TO IGNORANT STAFF, A CONTRACT TO ALLOW SBSD STAFF TO OPERATE BELOW THE STANDARDS OF ACCESS SET OUT BY THE SUPREME COURT OF THE UNITED STATES.

D.) PRO SE LITIGANTS PROTECTED PAPERS ARE RAN ROUGHSHOD OVER BY DEPUTIES WHO SEARCH THE CONFIDENTIAL MATERIAL OUTSIDE THE PRESENCE OF THE PRO SE PLAINTIFF'S PLANTING CONTRABAND TO ATTACK PRO SE STATUS.

E.) PRO SE LITIGANTS ARE RESTRICTED TO, AT TIMES, AN UNREASONABLE AMOUNT OF LEGAL MATERIAL IN THE CELLS, ALLEGEDLY FOR FOLDERS TO HOLD RESEARCH, CASE FILES, DISCOVERY, BRIEFS, AND LAWBOOKS FOR THEIR ACTIVE CASES BEING ADDRESSED. 1 PLAINTIFF HAS 27,000 PAGES DISCOVERY.

F.) THAT PRO SE LITIGANTS ARE [FORCED] TO SEND HOME OR DESTROY LEGAL MATERIALS DETERMINED BY DEPUTIES AS "TOO MUCH" OR UNRELATED TO PLAINTIFF'S CASE.

13.) AT ALL TIMES RELEVANT [DEFENDANTS] SGT. JANSKI, SGT. PATTON HAVE INTENTIONALLY MADE IT CRYSTAL CLEAR THEY WILL NOT RESPECT THE CIVIL RIGHTS OF THE PLAINTIFF'S AT TIMES TELLING THE PLAINTIFF BLATANTLY TO HIS FACE, OTHERS REJECTING INQUIRIES FOR ACCESS TO LEGAL FORMS, OR CIVIL USE OF LIBRARY

14) AT ALL TIME RELEVANT [DEFENDANTS] HAVE REFUSED ACCESS TO ALL NON PRO SE COURT ORDERED ACCESS TO ANY RESEARCH MATERIALS REJECTED REQUESTS FOR SPECIFIC LEGAL FORMS WHILE DEFENDANTS, NON LAWYERS MAKING DECISSIONS DENYING REQUESTS FOR FORMS TELLING THE PLAINTIFFS THEY DID NOT NEED THE FORMS BEING REQUESTED THIS LEGAL ADVICE OBSTRUCTION IS DELIBERATE, WANTON AND DISPICABLE.

TATION
AND AUTHORITY IN A TIMELY MANNER OUR RIGHTS ARE SUBJECTED TO IMPROPER WAIVER BY COURT "FAILURE TO STATE PRIMA FACIE" "FAILURE TO STATE A CLAIM" THEREFORE FAILURE TO PROVIDE ACCESS IS TANTAMOUNT TO FORCED WAIVER BY DEFENDANTS ESTABLISHED CUSTOM AND POLICY.

15.) AT ALL TIME RELEVANT [DEFENDENTS] THEIR LEGAL RESOURCE ASSOCIATES WERE MADE AWARE OF THE NATURE, GRAVITY OF CURRENT RealTime RESEARCH MATERIALS ToLD How VALUBLE THEY WERE AND STILL CONTINUED To PROVIDE AN US OUTDATED INFORMATION OR BLATANTLY REFUSED ACCESS AT ALL

16) AT ALL TIMES Relevant [DEFENDANTS] HAVE EITHER PERSONALLY OR PROFESSIONALY, ALONE OR IN CONCERT, ACTED CONTRARY TO WELL ESTABLISHED STATE AND FEDRAL LAW CLAIMING IMMUNITY BECAUSE THEY ARE ONLY A COUNTY JAIL AND AN EXCEPTION BECAUSE THEY ARE NOT A PRISON "AB109"

17.) AT ALL TIME RELEVANT [DEFENDANTS] ACTIONS LACK OF ACTION REFUSAL TO ACT HAVE CAUSED INJURY IN A MALICIOUS, DELIBERATE AND WANTON MANNER DIRECTLY OR VICARICUSLY SINCE SEPTEMBER 29, 2023 To TODAYS DATE SEPTEMBER 10, 2024

18) ON SEPT 28, 2023 SGT. PATTON AFTER SEVERAL OFFICERS VIEWED COURTS ORDERS To TRANSPORT LEGAL MATERIAL AS A PRO SE LITIGANT AGAIN AND AFTER BEING PERMITTED INTO WEST VALLEY DETENTION FOR CASE # FVI900518 ATTACKED THE LEGAL MATERIAL CARRIED BY JOHN H. YABLONSKY, TELLING YABLONSKY THAT THE JAIL DOES NOT PERMIT INMATES TO OWN, POSSESS LEGAL MATERIALS, THEN PROCEEDED TO CONFISCATE SAID MATERIALS EVEN AFTER PATTON WAS SHOWN THE ORDERS BY SUPERIOR COURT JUDGE (#1) ORDER TO TRANSPORT YABLONSKY To COURT FROM PRISON AS A PRO SE LITIGANT (#2) ORDER To PERMIT YABLONSKY To POSSESS, CARRY, TRANSPORT LEGAL Books AND MATERIAL. WHEN YABLONSKY EXPLAINED THE NATURE AND PURPOSE OF THE ORDER SGT. PATTON OPENLY

IN FRONT OF CAMERAS AND OTHER OFFICERS, STRIPPED
THE MATERIALS FROM YABLONSKY'S POSSESSION COMMENTING
YOU HAVE NO CIVIL RIGHTS IN MY JAIL. WHEN YABLONSKY
EXPLAINED HIS FIRST AMMENDMENT RIGHTS AND COURT ORDE
GRANTING THESE MATERIALS, THEY WERE STILL CONFISCATED.

19.) PLAINTIFF YABLONSKY REPEATEDLY GRIEVED
LACK OF ACCESS TO LAW LIBRARY/LEGAL MATERIALS ON "DEFICIENT"
CIRCUMSCRIBED GRIEVANCE SYSTEM LIMITING THE ACCESS TO A
FEW SENTENCES SINCE SEPT 29, 2023 [TO DATE 200+ GRIEVANCES]

20.) YABLONSKY'S COURT MADE 2 SEPERATE ORDERS
FOR PRO SE ACCESS TO THE LAW LIBRARY AND POSSESSION OF
PERSONALLY OWNED MATERIALS BEFORE ACCESS WAS FINALLY
GRANTED SEVERAL WEEKS LATER, FORCING THE LOSS OF ABILITY
TO PERFORM IN PLAINTIFFS 9-29-23 * 10-6-23 HEARINGS,
FORCING YABLONSKY TO MISS ESTABLISHED DEADLINES.

21.) [DEFENDANTS] WERE MADE AWARE YABLONSKY
HAD 2 ACTIVE FEDRAL CIVIL RIGHTS CASES THAT HAD DEADLINES
YABLONSKY SHOWED SGT. JANSKI WHO TOLD YABLONSKY NO
ACCESS TO LAW LIBRARY WOULD BE GRANTED FOR THESE 2
CASES, UNLESS A JUDGE ORDERED SBSD TO GRANT ACCESS,
AS A DIRECT RESULT OF REFUSAL OF ACCESS, YABLONSKY WAS
FORCED TO MISS DEADLINES FOR U.S. DISTRICT COURT
# 3:18-CV-1122-AGS, 9TH CIRCUT COURT OF APPEALS #23-2435.
AGAIN YABLONSKY WAS MADE TO BELIEVE ANY/ALL [DEFENDANTS]
ARE UNWILLING TO RESPECT AND HONOR THE CIVIL RIGHTS OF
PLANTIFFS EVEN WHEN [DEFENDANTS] ARE SHOWN ACTIVE
COURT ORDERS TO PERFORM.

THEY WHAT TO EXERCISE 6TH RIGHT TO FARETTA TO REPRESENT THEM-
SELVES IN ORDER TO PRESENT THEIR DESIRED DEFEASE, THEREBY FORCED
TO A DEFENSE APPOINTED COUNSEL CHOOSES, REGULARLY A DIFFERENT DEFENSE,

22.) AT ALL TIMES RELEVANT DEFENDANTS ARE TAUGHT, COERCED,
AND INFLUENCED BY SHERIFF OF COUNTY SHANNON DICUS, SGT. PATTON,
SGT. JANSKI, CPT. DAVENPORT, TO IGNORE AND IN A MALICIOUS MANNER
DEPRIVE PLANTIFFS ACCESS TO MEANINGFUL PROTECTED EXERCISE
UNDER THE FIRST AND FOURTEENTH AMMENDMENTS IN A PRACTICE
KNOWN AS ESTABLISHING H CUSTOM AND POLICY TO EVADE, IGNORE,
CONTRADICT STATE AND FEDRAL LAW REGARDING PRISONERS RIGHTS

23.) AS A DIRECT RESULT OF LAWMAKERS, THE UNITED
STATES CONSTITUTION WAS ESTABLISHED ON SEPTEMBER 17TH 1787
ADOPTED BY CONGRESS ON JULY 4TH, 1776. CALIFORNIA CONSTITUTION
ESTABLISHED IN 1879, CALIFORNIA PENAL CONE 2600 - 2601
ENACTED 1976) GOVT. CODE TITLE 15 SECTION 3120 (ENACTED
OCTOBER 1982), BOUNDS V. SMITH 97 S. CT 1491 (1977) THAT
PRISONERS RIGHTS TO ACCESS WAS WELL ESTABLISHED
STATE AND FEDRAL LAW, AND ALL DEFENDANTS KNEW OR
SHOULD HAVE KNOWN THE PROTECTED RIGHTS EXISTED WHEN
THE DEFENDANTS CORRESPONDED, INTERACTED WITH PLAINTIFFS
PERSONALLY.

24.) AS A DIRECT AND FORESEEABLE RESULT OF THE
CALLOUS DISREGARD BY DEFENDANTS THE ENTIRE CLASS OF
PLAINTIFFS HAVE BEEN ILLEGALLY DEPRIVED OF THEIR PROTECTED
AND GUARANTEED RIGHTS IN A MACHINATION BY SBSD TO CAUSE
IRREPAIRIBLE CONSTITUTIONAL INJURY TO EVERY PRISONER IN
THEIR CUSTODY.

25.) THAT IN 2018 OUR SUPREME COURT HELD
MᶜCOY V. LOUISIANA 138 S.CT 1500 (2018) COOPERATING WITH
AND OR BY PEOPLE V. FLORES 34 CAL. APP. 5TH 270 (2019)

THAT ALL DEFENDANTS IN CALIFORNIA [SHALL] ENJOY AN UNINFRINGED
EXERCISE OF PROTECTED RIGHT TO [AUTONOMY] UNDER THE SIXTH AMMENDMENT
UNITED STATES CONSTITUTION. WHAT THIS EQUATS TO IS THAT THE PLAINTIFF/S
IN THIS CLASS-ACTION LAWSUIT WERE ARE ABLE TO DICTATE THE OUTCOME
OF DEFENSE PRACTICES IN THEIR CURRENT ACTIVE CASES, REGARDLESS IF
THEY WERE REPRESENTED BY COUNSEL. WHAT THIS MEANS IS THAT PLAINTIFF
HAD FEDERALLY PROTECTED RIGHTS TO ACCESS RESEARCH, WHILE BEING
DETAINED BY SBSD FACILITIES, TO LEARN, STUDY, KNOW SIGNIFICANT INFORMATION
THAT WILL ASSIST PLAINTIFF/S IN DICTATING THEIR DEFENSE, AND THESE RIGHTS
WERE NOT ONLY NOT RECOGNIZED, BUT RATHER FORBIDDEN BY ALL [DEFENDANT
WHO SWORE TO UPHOLD THE CONSTITUTION AND PRISONERS RIGHTS.

26.) AS A DIRECT AND FORESEEABLE RESULT THERE ARE NO
LOGICAL OR LEGITIMATE PENALOGICAL EXCUSES OR REASONS FOR THESE
[CONSTITUTIONALLY GENOCIDAL] ATTACKS INFRINGING ON THE PLAINTIFF/S
PROTECTED RIGHTS. THESE ACTS DO NOT ADVANCE INSTITUTIONAL SECURITY,
SAFETY OF STAFF, OR OTHER INMATES AND ARE AN EXPECTED EXPENSE TO
KNOWINGLY HOUSE PERSONS NEEDING TO ACCESS THE COURTS.

27.) AS A DIRECT AND FORESEEABLE RESULT, [DEFENDANTS]
ACTIONS HAVE CAUSED CONSTITUTIONAL INJURY WHICH FORCED THE LOSS OF
LEGALLY ESTABLISHED DEADLINES BY THE COURT, INNABLITY TO ASSIST IN
OUR DEFENSE INCAPABLE OF LEARNING AND PREPARING LEGAL AND
STRATEGIC DEFENSES FROM OUR CAPTORS, THESE ACTIONS ARE
TANTAMOUNT TO [CONSTITUTIONAL GENOCIDE]

28.) AS A DIRECT AND FORESEEABLE RESULT THESE DECISIONS
ACTIONS REFUSALS TO ACT ALL [DEFENDANTS] HAVE CAUSED IRREPAIRABLE
INJURY, LOSSES IN THE FORM OF LOSS OF ACCESS TO BACKWARD AND FORWARD
LEGAL CONCERNS, LOSS OF ACCESS TO KNOWLEDGE IN OUR LEGAL
DEFENSES FROM OUR OPPRESSERS, AND MOST IF NOT ALL PLAINTIFFS

28.CONT.) WILL LOSE, HAVE LOST THE ABILITY TO PROTECT OUR RIGHTS RESULTING IN MORE SEVERE ALLEGATIONS, MORE SEVERE CONVICTIONS, MORE SEVERE AND HARSHER SENTENCES BECAUSE [WE] WERE NOT PERMITTED TO KNOW. ... INTENTIONALLY AND STRATEGICALLY

29.) AS A DIRECT AND FORSEABLE RESULT THE [DEFENDANT[S] ACTIONS WERE THE PRODUCT OF COLLUSIONS, CONSPIRICY, ILLEGAL ORDERS, ILLEGAL PRACTICES FOR NO OTHER REASON THAN TO DEPRIVE THE PLAINTIFFS.

30.) AS A DIRECT AND FORESEEABLE RESULT OF [DEFENDANT[S] ACTION PLAINTIFF/S HAVE BEEN INJURED AND WILL CONTINUE TO SUFFER BECAUSE OF THE ILLEGAL ACTIONS BY [DEFENDANTS] WHO ARE PATHETIC DISPICABLE, AND ABHORANT REPRESENITIVES OF OUR CONSTITUTION WHOS ACTIONS ARE DELIBERATE AND WANTON.

31.) AS A DIRECT RESULT OF THE ONGOING ILLEGAL MIS--CONDUCT, MISTREATMENTS, CONSTITUTIONAL VIOLATIONS CAUSED UPON THIS CLASS BY MEMBERS OF A COMMUNITY OF GOVERNMENT ACTORS WHO OPERATED UNDER THE COLOR OF LAW PLAINTIFFS WERE IRREPAIRABLY INJURED AND WILL CONTINUE TO SUFFER AND SHOULD BE COMPENSATED IN the FORM OF: A). PERMANENT INJUCTION FORCING SBSD TO OPEN LAW LIBRARIES TO "EVERY" PRISONER WHO REQUEST ACCESS ON A MEANINGFUL LEVEL SIMILAR TO [TITLE 15 SECTION 3122]

B). PERMANENT AND REPAIRABLE INJUCTION FORCING SBSD TO INSTALL AND MAKE AVAILABLE TO ALL PRISONERS WHO ASK FOR ACCESS TO LAW LIBRARY ELECTRONIC DELIVERY SYSTEMS WHICH HAVE REAL--TIME CURRENT LEGAL AUTHORITY AND LITERATURE, CURRENT LAW BOOKS

C.) PERMENANT PROTECTIVE ORDERS FOR EVERY CLASS MEMBER TO PREVENT RETALIATORY CONSEQUENCES.

D.) PERMANENT DECLARATORY JUDGEMENT FOR ALL CURRENT AND UPCOMING, NOT YET CONFINED PRISONERS ESTABLISHING THE RIGHTS PRISONERS ARE ENTITLED AS OUTLINED BY [BOUNDS].

E.) FINANCIAL COMPENSATION IN THE AMOUNTS DETERMINE BY JURY IN THE CAPACITY OF NO LESS THAN $65,000 FOR EACH NAMED PLAINTIEF, PLUS $240,000,000 IN PUNITIVE DAMAGES TO BE USED ACCORDING TO COURT APPOINTED CONSERVATORS TO UPGRADE LIBRARY — COMPUTERS, INSTALL LEXIS PROGRAMS, PURCHASE 4 SETS OF LAW BOOKS FOR EACH FACILITY AND TO EQUALLY DISTRIBUTE THE BALANCE (APROXIMATELY $200,000,000 WHO ASKED FOR ACCESS TO LAW LIBRARY BUT WAS REJECTED. UNTIL THE DISPOSITION OF THIS CASE

32.) AS A DIRECT RESULT OF THE [DEFENDANTS] DEFICIENT LIBRARY RESOURCES, UNCOORDINATED ACCESS SCHEDULING, REFUSAL OF ACCESS, PLAINTIFFS ABILITY TO ACTUALLY ACCESS THE COURT IN A MEANINGFUL WAY IS OBSTRUCTED, HINDERED, ANTAGONIZED TO THE POINT PLAINTIFFS ARE FORCED TO FOREFIET OPPORTUNATIES TO SEEK REDRESS IN THEIR CRIMINAL CASES, CIVIL RIGHTS CASE IN SUCH A WAY IRREPAIRABLE INJURY IS CAUSED, AND WILL CONTINUE TO INJURE

33.) AS A DIRECT RESULT OF THE CUSTOM AND POLICY ESTABLISHED BY [DEFENDANTS] INMATES HAVE ALSO BEEN REFUSED ACCESS TO HELP OTHER INMATES WITH THEIR LEGAL WORK AND HAVE AT TIMES BEEN THREATENED IF THE INMATE CONTINUES TO HELP OTHER INMATES.

34.) BECAUSE PLAINTIFFS ARE NOT LAWYERS AND THE DEFENDANTS CONTROL ACCESS ALL PLAINTIFFS MOVE THE COURT TO APPOINT COUNSEL OVER THE ENTIRE CLASS AND APPROVE FEES THAT ARE FAIR ACCORDING TO PRLA FOR THOSE LAWYERS.

33A) PLAINTIFF NO FORMITTED ACCESS TO ADDRESS THEIR CONFINEMENT ISSUES OF POOR MEDICAL, EXCESSIVE FORCE, OR EVEN ABILITIES TO INTIATE § 1983 CLAIMS BECAUSE NO ACCESS IS GRANTED UNTIL A CASE IS FILED AND COURTS ORDER ACCESS.

34.) AS A DIRECT AND FORESEEABLE RESULT OF [DEFENDANT/S] ACTION, THESE ISSUES HAVE BEEN THOUROUGLY EXVASTED BY AT LEAST ONE PLAINTIFF THROUGH THE SBSD GRIEVANCE SYSTEM AS WELL AS THE LEGAL RESEARCH ASSOCIATES (COPY OF GRIEVANCE UPON REQUEST) (COUNTY AND STATE CLAIMS HAVE BEEN FILED)

35.) AS A DIRECT AND FORESEEABLE RESULT THE SAN BERNADINO SHERRIFF/S DEPARTMENT CALLOUS DISREGARD FOR PLAINTIFF/S PROTECTED RIGHTS THIS COMPLAINT IS WORTHY OF A TRIAL. THE CLASS MUST BE HEARD! COUNSEL MUST BE APPOINTED!

36) BECAUSE PLAINTIFF/S ARE NOT LAWYERS AND THE [DEFENDANT/S] CONTROL PLAINTIFF/S ACCESS ALL PLAINTIFF/S MOVE THIS COURT TO APPOINT COUNSEL OVER THE ENTIRE CLASS AND APPROVE FEES THAT ARE FAIR ACCORDING TO PRLA FOR THOSE LAWYERS

37.) AS A DIRECT AND FORESEABLE RESULT PLAINTIFF/S ARE ENTITLED TO A TRIAL ON THESE ISSUES AS NOW REQUESTED.

38.) AS A DIRECT AND FORSEEABLE RESULT OF [DEFENDANT] ACTION THERE APPEARS TO BE NO OTHER JUST OR COMPAREABLE REMEDY AND THE ENTIRE CLASS SAY JUST SO.

39.) JOHN HENRY YABLONSKY IS THE CLASS SENIOR AND REPRESENATIVE FOR THIS COMPLAINT AND IS AUTHORIZED BY ADDITIONALLY NAMED PLAINTIFF/S TO SPEAK ON THEIR BEHALF (SEE AFFIDAVITS) AS WELL AS 5000 DOE PLAINTIFFS

40.) THIS COMPLAINT IS TO REPRESENT [ALL] INMATES, PRISONERS WITHIN SBSD FACILITIES FROM SEPTEMBER 29TH 2023 UNTIL THE DATE OF THIS COURTS DISPOSITION NOW IDENTIFIED AS DOES 1-5,000

40A)

I THE NAMED MEMBER BOOKING# LISTED   AM AN
ADULT OVER THE AGE OF CONSENT AND  DO HEREBY LEGALLY
AUTHORIZE JOHN HENRY YABLONSKY TO SPEAK ON MY
BEHALF LEGALLY FOR A CIVIL RIGHTS CASE AGAINST SBSD
FOR THE DURATION OF THE CASE, I DECLARE UNDER
PENALTY OF PERJURY, (RELATED TO 1ST AM SEEK REDRESS)

DATE                              SIG

BOOKING# 2006370668       NAME CD MARSHAL WILLIAMSON

DATE   9-25-24            SIG Odie Beun

BOOKING# 2310090069       NAME ODIE BEAVERS

DATE   9-25-24            SIG Emiliano Hernandez

COPIES BELLE   BOOKING# 21D6341954   NAME Emiliano Hernandez

DATE   9-25-24            SIG

BOOKING# 2008300598       NAME PHILLIP WILLIAMSON

DATE   9-25-24            SIG Marshall Williams

BOOKING# 2006370068       NAME Marshall Williamson

VERIFICATION

I JOHN HENRY YABLONSKY AN ADULT OVER AGE OF
CONSENT DECLARE UNDER PENALTY OF PERJURY THE
AFORE STATED ALLEGATIONS ARE TRUE AND CORRECT (1-51J)
DATE: 9-25-24

JOHN HENRY YABLONSKY

41.) THERE COULD NOT BE A MORE INJURIOUS ACT
THAN THE OPPRESSORS TO DELIBARATELY HINDER THE DUE ADMIN
ISTRATION OF FAIR AND LEGALLY PROPER JUSTICE UNDER
AMERICAS CONSTITUTION STATE AND FEDERALLY

42A) THE FIRST FOURTH FIFTH SIXTH EIGHTH AND FOURTEEN AMENDMENT GUARANTEE SPECIFIC RIGHTS WHICH PLAINTIFF/S ARE ENTITLED, AS LAYMEN ARE IGNORANT, REQUIRING ACCESS TO KNOWLEDGE WHICH UNDER SUPREME COURT LAW ARE ENTITLED IN ORDER TO EXERCISE THESE SPECIFIC RIGHTS

- FREEDOM OF SPEECH
- RIGHT TO PETITION GOVERNMENT
- FREEDOM OF RELIGION
- FREEDOM FROM INTRUSION
- DUE PROCESS OF NUMEROUS AMENDMENTS
- RIGHT TO EFFECTIVE COUNSEL
- RIGHT TO CONFRONT
- RIGHT TO EXCLUSION SELF INCRIMINATION
- RIGHT TO SELF REPRESENT
- RIGHT TO DICTATE SPECIFIC DEFENSE
- RIGHT TO BE FREE FROM CRUELTY/EQUAL PROTECTION
- RIGHT TO BE FREE FROM CENSORSHIP
- RIGHT TO FAIR TRIAL BY IMPARTIAL JURY
- RIGHT TO CONFIDENTIAL COMMUNICATION

THESE RIGHTS ARE VAST, SWEEPING AND IF APPLIED EFFECTIVELY ENSURE FAIRNESS THROUGH LEGAL ADJUDICATIONS, BUT AS LAYMEN, WITHOUT ACCESS TO KNOWLEDGE, ARE WORTHLESS, THE COURTS ARE TO ENFORCE OUR LEGITIMATE RIGHTS, BUT, WHEN WE CANNOT COMMUNICATE IN A MEANINGFUL WAY, LEGALLY, OUR OPPORTUNITIES ARE FORFEITED BY THE REFUSAL OF ACCESS TO KNOWLEDGE

43 B) PLAINTIFF/S ARE GUARANTEED RIGHTS OUTLINED HEREIN [WITHOUT] JUSTIFIED INTRUSION OR INTERFERANCES, WHICH ARE WELL ESTABLISHED FEDERAL LAW, AND AS DEFENDANTS ACCUSED OF PENAL AND OTHER INFRACTIONS, ARE ENTITLED TO "SPECIFIC" DEFENSES AVAILABLE IN THE WORLD OF LEGAL TECHNOLOGIES, THAT ARE ASCERTAINABLY, EASILY UNDERSTOOD WHEN RESOURCES ARE READILY AVAILABLE IN BOOKS, LITERATURES, MANUALS, CURRENT LEGAL AUTHORITY THAT [ARE] TO BE [AVAILABLE] IN SUFFICIENT CAPACITIES, FOR [US] TO LEARN, UNDERSTAND AND EXERCISE, WHICH [DEFENDANTS] REFUSE, HIDING BEHIND ORDINANCE, REGULATIONS WHICH ALLOW [DEFENDANTS] TO DECIDE [OUR] NEEDS, BECAUSE [DEFENDANTS] OBFUSCATE, HINDER, DISSUADE OF OUR ABILITY TO EXERCISE BECAUSE OF FACTS OUTLINED HEREIN, REFUSAL TO KNOWLEDGE WITHOUT SPECIFIC COURTS ORDERS, AVAILABLE SPACE IN THE LIBRARIES, BOOKS OUTDATED BY DECADES, INCOMPETANT LEGAL RESEARCH ASSOCIATE RESOURCES, NO ACTUAL CURRENT LAW AVAILABLE, STAFF ARE THEN PERMITTED TO MONITOR OUR REQUESTS, RESEARCH WRITINGS WHICH CAUSES A CATASTROPHIC CHILLING AFFECT ON OUR ABILITY TO EXERCISE THE RIGHTS IN A MEANINGFUL WAY TO PROTECT OUR LIBERTY INTERESTS, PROPERTY INTERESTS

44C) PLAINTIFFS ARE ACCUSED OF CRIMES, REGULARLY, EXCESSIVELY, REQUIRING TECHNICAL DEFENSE MECHANISMS WHICH WHEN ENFORCED ALLOW ACCESS TO FAIR ADJUDICATIONS, BUT, BECAUSE WHEN ACCESS TO KNOWLEDGE IS FORBIDDEN EXCEPT BY, THROUGH COURTS ORDERS, DOES HINDER [OUR] ABILITIES TO FREELY EXERCISE OUR RIGHTS IN THE CAPACITIES THEY WERE ENTRUSTED TO OUR SPECIFIC DESIRES AND NEEDS WHEN THE FRAMEWORKERS OF OUR CONSTITUTION [DESIGNED] THEM. THERE IS A REASON THEY HAVE NOT BEEN REWRITTEN, YET [WE] ARE FORCED INTO A DEPRIVED CAPACITY WHEN [DEFENDANTS] KNOWINGLY AND DELIBERATELY PLACE UNREASONABLE HURDLES BETWEEN OUR NEEDS TO EXERCISE AND THE COURTS ABILITY TO HELP US ENFORCE THEM. THE IDEA OUR DESTINY IN CONSTITUTIONAL FREEDOM RESTS, IS HOLSTERED TO ARROGANT, OVERWORKED BECAUSE THEY HAVE 550 OTHER CLIENTS, OR ARE TOO BUSY TO LISTEN TO [US], OR BLATANTLY INCAPABLE APPOINTED COUNSEL WHO [NEGOTIATE] WITH OUR OPPRESSORS [OUR] ACCESS TO MEANINGFUL DEFENSES, WHICH MORE OFTEN THAN NOT, WHEN PROPERLY EXERCISED, RESULT IN REDUCED SENTENCES AND AT TIMES ACQUITALS. PLAINTIFFS NOT PERMITTED TO RESEARCH CONFINEMENT ISSUES 1983

45 D ) THE RIGHTS IN OUR CONTITUTION ARE COMPLEX TO POINTS WHERE EDUCATED AND TRAINED PRACTITIONERS CAN BARELY MEET IN THE MANNERS BY WHICH [OUR] LEGAL CONCERNS ARE BEING SHUFFLED THROUGH THE SWINGING DOORS OF THE COURTROOMS, WHO ARE [SEVERELY] OVER WORKED, THE LACK OF SUFFICIENCY TO MEET THE DEMANDS, FORCING [US] INTO THE [DEMANDS] TO [KNOW] OUR AVAILABLE DEFENSE STRATEGIES, YET WHEN WE ARE SO HANDICAPPED, HINDERED BECAUSE OF DEFICIENT AND AT TIMES, NO LEGAL RESOURCES, FORCES US TO PLACE UNNECESSARY HARDSHIPS ON THE COURTS FOR INABILITY TO PERFORM, NOT READY TO PERFORM, FORCING A BACK-LOG TO AN ALREADY OVER LOADED SCHEDULES WHICH IF NOT ADDRESSED HERE [WILL] RESULT IN THE FORFEITURES OF FAIR AND PROPER ADJUDICATIONS, REGULARLY, PLAINTIFFS ARE OVER CHARGED, ILLEGALLY CHARGED, YET AS LAYMEN WE ARE HELD FROM AN ABILITY TO KNOW, THEREFORE [WE] ARE FORCED TO ACCEPT DEFICIENT EXERCISES WHICH ARE NOT MEMORIALIZED BY OUR CONSTITUTION, BECAUSE ACCESS TO KNOWLEDGE IS BEING ILLEGALLY RESTRICTED, MAKING OUR EXPOSURES UNFAIRLY RIGGED NO DIFFERENT THAN THE CASINOS TABLES IN VEGAS " THE HOUSE ALWAYS WINS "

BEYOND THE PLEADING STAGE, POLICIES TOO STRICT, DEMANDING ONLY COURT ORDERED PACSE ACCESS SO EVEN IF ONE CAN FILE THE 1983 HE CANNOT DEFEND IT UNLESS UNDER DIRECT ACCESS *LTER*

46 E) OUR RIGHTS ARE REPEATEDLY BEING STRIPPED FROM US, THE EXERCISE OF OUR RIGHTS ARE BEING INFRINGED IN A CAPACITY THAT PREVENTS US FROM THE ABILITY TO FREELY EXERCISE, A DELIBERATE AND WANTON PRACTICE BY THE [DEFENDANTS] OUTLINED BY THIS COMPLAINT WHO HINDER ACCESS, PROVIDE ACCESS TO DEFICIENT RESOURCES, OBFUSCATE OUR EFFORTS TO EXERCISE THE RIGHTS IN THE CAPACITIES THEY WERE INITIALLY INTENDED, BECAUSE ACCESS IS SO DIFFICULT, BECAUSE ACCESS IS SO FRUSTRATED THOSE WHO ARE FORTUNATE TO GAIN ACCESS ARE THEN EXPOSED TO SUCH HARDSHIPS THAT THE ACCESS IS NEARLY MEANINGLESS

- NO WRITING MATERIALS METED OUT
- NO CURRENT UPDATED LAW AVAILABLE
- FORCED LOSS OF PRIVELEGE TO ACCESS
- LRA ARE NOT TIMELY AND REGULARLY DEADENS
- STAFF READ AND MONITOR OUR STUDIES
- PROVIDE BOOKS SO OUTDATE THEY ARE USELESS
- WE ARE THREATENED INTO INSUFFICIENT RESOURCES

THESE ARE IMPRACTICLE CONDITIONS FOR THE PROTECTED, WHO ARE TRYING TO EXERCISE PROTECTED RIGHTS IN A MEANINGFUL WAY BUT ARE PREVENTED BECAUSE OF THESE DELIBERATE PRACTICE BY DEFENDANTS

47 F) HOW ARE (WE) TO KNOW, UNDERSTAND THE GRAVITIES AND CAPACITIES OF OUR RIGHTS TO MEANINGFUL ADJUDICATIONS WHEN THE COURTS ASK US IF WE UNDERSTAND THEM? KNOWING OUR CAPTORS, OPPRESSORS FORCE US INTO A INSUFFICIENT ENVIRONMENT TO KNOW. THE IDEA WE ARE FORCED TO SAY WE UNDERSTAND, KNOWING WE DON'T, WE CANT KNOW, BECAUSE KNOWLEDGE IS FORBIDDEN, UNLESS (WE) ARE GIVEN COURT ORDERS TO LEARN BEFORE WE ARE EXPECTED TO ANSWER IS AN OXYMORON SITUATION. THE COURTS ARE PLACING US INTO. MOST LAWYERS WHO HAVE LEGAL DEGREES CAN'T COMPREHEND THE COMPLEXITIES OF FOURTH AMENDMENT INTRUSIONS, RIGHTS TO CONFRONT, AND DUE PROCESSES, WHO THEN PLACE THE BURDENS UPON THEIR CLIENTS, (US), TO HELP THEM DECIDE OUR DEFENSES, REGULARLY A DEAD END BECAUSE WE JUST DON'T KNOW THESE ANSWERS OURSELVES, BECAUSE WE ARE FORBIDDEN ACCESS TO THE ABILITY TO KNOW. APPELLATE COURTS REGULARLY FIND RIGHTS FORFEITED FOR FAILURES TO OBJECT BY COUNSEL AND [THE PLAINTIFF IS] WHO ARE REPRESENTED, THIS IS CALLED UNFAIR AND IMPRACTICLE UNCONSTITUTIONAL

IS TETHERED TO EXINGENT A TICNS, BEHAVIOR, FRUSTRATIONS THAT
MEANINGFUL ACCESS IS FRUSTRATED, HINDERED UNTIL DISMISSAL.

48G) OUR CONSTITUTION IS AT STAKE
AND BEING FILTERED, FORCING [US] INTO
HARSHER, MORE SEVERE PUNISHMENTS BECAUSE
ACCESS TO KNOWLEDGE IS SO RESTRICTED
AND COMPLICATED TO GET TO, THAT ACTUALLY
DIMINISHES OUR CONSTITUTIONS INTO NON-
EXISTANCE CONDITIONS. THERE ARE THOUSANDS
OF [US] MENTIONED IN THIS COMPLAINT AS
[DOES] OR NAMED PARTIES WHO HAVE INALIANABLE
RIGHTS, WHICH ARE NOW GOVERNED BY OUR
CAPTERS WHO [NOW] GET TO DICTATE OUR
ABILITIES TO EXERCISE THEI RIGHTS AS
THEY WERE DESIGNED, NO DIFFERENT THAN
A RIGGED ROULETTE WHEEL. THESE ARE NOT
THE STANDARDS OF FAIR PLAY INTENDED BY
OUR FOREFATHERS WHEN THEY WROTE OUR
CONSTITUTION. [WE] ARE NOT EXPECTING
RIGHTS TO BARE ARMS, BUT INSTEAD, A PATH
TO FREELY EXERCISE OUR SAFEGUARDS FROM
GOVERNMENT ACCUSATIONS WHICH ARE MORE
OFTEN THAN NOT TETHERED TO POLITICALLY
MOTIVATE PROSECUTORS, EXHAUSTED AND OVER
WORKED PUBLIC DEFENDERS, CORRUPT POLICING
PRACTICES, WHO ARE ALL SEEKING TO ADVANCE
THEIR CARTERS OR FISCAL BUDGETS AT
OUR CONSTITUTIONAL EXPENSE. UNFAIRLY
AND UNJUSTLY, [WE] REQUIRE THIS COURS HELD

49/H) THE RULES OF FAIR PLAY TO BE PRACTICED BY THIS COUNTY, THIS STATE ARE SO EGREGIOUSLY ABUSED AND IGNORED, CALIFORNIA RE-WROTE THE STATES MOST SEVERE LAWS TO FELONY-MURDER, KNOWING THAT SINCE 1872 PROSECUTORS HAVE BEEN ILLEGALLY CONVICTING PEOPLE UNFAIRLY, UNJUSTLY, NOW DEMANDING PROOF OF WHO IS THE [ACTUAL] KILLER. ONE WOULD THINK THAT SHOULD HAVE BEEN THE POINT IN THE FIRST PLACE, AT LEAST OUR LEGISLATURE THOUGHT SO ON JANUARY 1, 2019. (NEW LAW) THE SUPREME COURT OF OUR COUNTRY HAS REPEATEDLY HELD THAT THE PRISONER [SHALL] BE ENTITLED ACCESS TO MEANINGFUL AND RELIABLE RESOURCES, IN THE CAPACITIES NECESSARY FOR THE ACCUSED TO GET A FAIR TRIAL, FOR THE PRISONERS TO ADDRESS CONDITIONS OF CONFINEMENT. STATES ARE GENERATING INCOMES FOR HUNDREDS OF THOUSANDS OF GOVERNMENT EMPLOYEES, IT IS IN THEIR INTEREST TO TILT THE SCALES OF FAIRNESS IN SUCH A WAY THAT [SOME] RECEIVE FAIRNESS. WITHOUT [US] THEY HAVE NO JOBS, [WE] ARE ASKING THIS COURT TO HELP US BALANCE THE SCALES FAIRLY AND COMPENSATE THOSE OF US WHO HAVE ALREADY SUFFERED IN A MEANINGFUL WAY TO RESTORE THE INTEGRITIES OF OUR CONSTITUTIONAL GUARANTEES, OTHERWISE WHAT ARE THE VALUES OF OUR RIGHTS WITHOUT AN ABILITY TO ENFORCE

EXIST UNTIL THEY OWN CONTINUE COURT TO ORDER ACCESS TO LAW LIBRARY SO ONE CAN WRITE A HABEAS OR A CIVIL RIGHTS CLAIM OR ASSIST COUNSEL IN HIS DEFENSE LEGALLY

50 I) ALL [DEFENDANTS], ACTING IN CONCERT, UNDER DIRECT ORDERS, IN COMPLIANCE TO CUSTOM AND POLICIES ESTABLISHED TO IMPEDE FREE EXERCISE OF THE ENTIRE INMATE POPULATION "PLAINTIFFS NAMED AND UNNAMED", TO PREVENT FREE EXERCISE OF PROTECTED RIGHTS 1ST 4TH 5TH 6TH 8TH + 14TH AMEND U.S. CONSTITUTION AS [WE] TRIED TO ACCESS THE COURTS;

1) FORCED DEMAND FOR COURTS ORDERS TO ACCESS RESEARCH

2) IGNORED COURTS ORDER OF INDIGENCE REFUSING ACCESS TO SUPPLIES

3) WOKEN TO ACCESS LIBRARY AT SPONTANEOUS TIMES OF A.M.

4) FORCED TO CHOOSE ACCESS OR HOT MEALS, ACCESS OR RECREATION, ACCESS OR SLEEP, ACCESS OR DAY ROOM, ACCESS OR CLEAN CLOTHES

5) REFUSED ACCESS TO REAL TIME UPDATED RESEARCH ON OUR OWN

6) FORCED TO INCOMPETANT, INSUFFICIENT LRA SERVICES, DENY LENGTHY RESPONSE

7) REFUSED ACCESS TO CIVIL RESEARCH OR PREPERATIONS

8) FORCED TO USE OUTDATED LAW BOOKS BY [DECADES]

9) PROTECTED PAPERS READ BY LIBRARY STAFF

10) FORCED TO LIMITED LEGAL MATERIALS EVEN THOUGH CELLS HAVE SPRINKLERS

11) FORCED TO EXTREME LIMITED LEGAL ASSISTANCE ONLY THROUGH COURTS ORDERS

12) LIBRARY ACCESS IS NOT COORDINATED WITH PROGRAMMING HOURS

13) ACCESS IS SPONTANEOUS, IRREGULAR SCHEDULES, SPONTANEOUS

THESE PRACTICES CAUSE UNWARRANTED HARDSHIPS THAT ARE PART OF THE DESIGN, TO THWART THE PRISONERS DESIRE TO EXERCISE, CAUSING A CHILLING EFFECT THAT INTERFERES WITH PLAINTIFFS DESIRE OF FREE ACCESS TO EXERCISE WHEN AND HOW [WE] WANT TO PROTECT OURSELVES

51J) THE SANBERNARDINO SHERIFF DEPARTMENT,
SHERIFF OF COUNTY SHANNON DICUS WHO INSTRUCTS FACILITY
COMMANDERS CPT. DAVENPORT, DOE 1-3, WHO THEN INSTRUCTS
FACILITY SERGEANTS JANSKI, PATTON, DOES 4-12, WHO THEN
INSTRUCT CUSTODY SPECIALISTS CS RAMIREZ, DOES 13-20
AS WELL AS DEPUTIES 20-200 IN SUCH A WAY, TO
ENFORCE AND IMPLIMENT PROCEDURES, POLICIES
OUTLINED HEREIN FOR NO OTHER PURPOSE THAN TO
PREVENT PRISONERS FROM FREELY EXERCISING THEIR
PROTECTED RIGHTS AS "ACCUSED DEFENDANTS" WHEN THEY
ADDRESS
~~APPROACH~~ THE COURTS. IT IS WELL ESTABLISHED FEDERAL
LAW WHICH ALL [DEFENDANTS] ARE AWARE THAT ALL
PRISONERS RIGHTS ARE PROTECTED UNDER SUPREME
COURT LAW, WHICH IS THE DIRECT ENFORCEMENS
OF THE UNITED STATES CONSTITUTION. AS A RESULT
OF THESE DIRECTIVES, ORDERS, PLAINTIFFS ARE
INCAPABLE OF INTELLIGENTLY ADDRESSING THE
COURT, INCAPABLE OF ENFORCING IN THEIR DEFENSES,
INCAPABLE OF INTELLIGENTLY HELPING THEIR LAWYERS,
INCAPABLE OF SEEKING REDRESS OR THE FREE
EXERCISE THEREOF WHICH WOULD PROTECT OUR
~~INALIANABLE~~ RIGHTS OUTLINE BY THE UNITED STATES
CONSTITUTION AS A DIRECT RESULT OF DEFENDANT
DIRECT AND VICARIOUS ACTS PLAINTIFFS WILL FOREVER
SUFFER UNLESS THE COURTS GET INVOLVED. THERE APPEARS
TO BE AN ARRANGEMENT BETWEEN PROSECUTORS AND SHERIFF TO KEEP THE
PRISONERS IGNORANT OF THEIR RIGHTS & THE CAN PROSECUTE MORE
HEAVILY, SEVERE AND MORE EASILY

DEAR COURT CLERK;                                              9/29/24

            I AM THE NAMED PLAINTIFF

IN A CLASS FILING WITH FOUR ADDITIONALLY NAMED
PARTIES, WITH AUTHORIZED PERMISSION TO SPEAK FOR
   THIS CLASS OF NAMED PLAINTIFFS (SEE PAR 40A)
        ATTACHED IS AN ENTIRE 1983 COMPLAINT
WITH INFORMERA PAUPERIS PACKET.
        PLEASE FILE THIS IN MY INTEREST AND
   RESPOND TO ME AT THIS SAME ADDRESS. I
   HAVE ENCLOSED TRUST ACCOUNT INFORMATION IFP

      HAVE A WONDERFUL DAY

                              RESPECTFULLY

                              JOHN HENRY YABLENSKY

                                CLASS REPRESENTATIVE
            PROOF OF SERVICE

I JOHN YABLENSKY AN INMATE, PARTY TO THIS ACTION AND
ADULT SWEAR UNDER PENALTY OF PERJURY I MAILED A 1983
CIVIL RIGHT CASE TO   US DISTRICT COURT,
IN A POSTAGE FULLY PREPAID 3470 TWELFTH ST.
ENVELOPE ACCORDING TO JAIL    P.C. C.A. 92501
POLICY ON                              JOHN YABLENSKY
        9-29-24

UNITED STATES DISTRICT Cour

3470 TWELFTH ST.

RIVERSIDE CA. 92501

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT - 8 2024

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT - 8 2024

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

JOHN HENRY YABLONSKY
#23C9342444 - ALC373
9500 ETIWANDA
R.C. CA. 91739

LEGAL - MAIL

SA PBOC 977 &%3
TUE 01 OCT 2024 PM

JIMENEZ J9262